IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOROTHY E. MAKO, <u>ET</u> <u>AL</u>. | : | CIVIL ACTION |
| V. | : | NO. 02-2756 |
| ELIJAH MUTURI GLADYS, <u>ET</u> <u>AL</u>. | : | |

<u>O R D E R</u>

**AND NOW**, this 18th day of September, 2002, pursuant to the request of counsel for the plaintiffs, **IT IS HEREBY ORDERED** that plaintiffs' motion for sanctions and to compel defendant to provide full and complete answers to interrogatories and request for production of documents (Document No. 23) is **WITHDRAWN AS MOOT**.

_____
William H. Yohn, Jr., Judge