IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOROTHY E. MAKO<br>ROBERT S. MAKO, H/W | : | CIVIL ACTION |
| v. | :<br>:<br>: | No. 02-2756 |
| ELIJAH MUTURI GLADYS | :<br>: | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on October 30, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                                                            Michael E. Kunz
                                                                                           Clerk of Court

*Continued from October 2, 2002 per Judge

                                                          By:_____
                                                                 Crystal Wardlaw
                                                                 Deputy Clerk
                                                                 Phone:267-299-7073

Date:<u>October 10, 2002</u>

Copies:     Thomas McCann, Courtroom Deputy to Judge William H. Yohn, Jr.
                Docket Clerk - Case File

        Counsel:     Francis J. Curran, Esq.
                             Doris M. Aragon-Siegel, Esq.
                             Lucia B. Morrone, Esq.
                             Theodore M. Schaer, Esq.
        Arbitrators:  Lawrence Richman, Esq.
                             Joseph Lombardo, Esq.
                             David Harwi, Esq.

ARB2.FRM